**Order entered November 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00846-CV

## ROBERT MCCORMICK, Appellant

## V.

## EGAN NELSON, LLP, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-04179

### ORDER

Before the Court is the November 23, 2020 second request of Tina Thompson, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 2, 2020**.

/s/   BILL WHITEHILL
JUSTICE